## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Metropolitan Life Insurance Company
                                        Plaintiff,

v.                                                                   Case No.: 1:19–cv–01772
                                                                   Honorable Edmond E. Chang

Helana Tsoukalas, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on Plaintiff's motion to deposit funds and for interpleader discharge [24]. As discussed during the hearing, the motion [24] is granted. MetLife is permitted to pay into the Clerk of the Court's interest–bearing registry account the total amount of $858,547.50 plus any applicable interest, consisting of $859,000.00 in life insurance benefits payable due to the death of Christ Tsoukalas under Group Policy Number 213800–1–G issued by MetLife to Policyholder City of Chicago, less MetLife's costs in the amount of $452.50, plus any applicable interest. MetLife is dismissed with prejudice from this action. The remaining parties agreed to a settlement referral to the magistrate judge. Also, the guardian for claimant A.T. shall file, by 07/10/2019, a signed and notarized statement explaining how appointment as representative for A.T. in this case. Status hearing set for 08/07/2019 at 9 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.