IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) *Plaintiff* ) ) v. ) ) HELANA TSOUKALAS, JORDYN ) TSOUKALAS, and A.T. (a minor) ) ) *Defendants* ) | Case No. 1:19-cv-01772 Judge Edmond E. Chang Magistrate Judge Sheila M. Finnegan |

## ORDER

The matter coming before the Court upon the agreement of all parties,

IT IS HEREBY ORDERED:

1. MetLife is permitted to pay into the Clerk of the Court's interest-bearing registry account the total amount of $858,547.50 plus any applicable interest, consisting of $859,000.00 in life insurance benefits ("Proceeds") payable due to the death of Christ Tsoukalas ("Decedent") under Group Policy Number 213800-1-G ("Group Policy") issued by MetLife to Policyholder City of Chicago, less MetLife's costs in the amount of $452.50 incurred in connection with this interpleader action, plus any applicable interest;

2. MetLife, the Policyholder City of Chicago, and the benefit plan ("Plan") funded by the Group Policy are discharged from any further liability for the Proceeds plus interest;

3. Helana Tsoukalas, Jordyn Tsoukalas, and A.T., are restrained and enjoined from instituting any action or proceeding in any state or United States court against MetLife, the Policyholder City of Chicago or the Plan for the recovery of the Proceeds, plus interest, by reason of the death of the Decedent;

4. Helana Tsoukalas, Jordyn Tsoukalas, and A.T. are required to litigate or settle and adjust between themselves their claims for the Proceeds; and

5. MetLife is dismissed with prejudice from this action.

By: _/s/ Edmond E. Chang_
Judge Edmond E. Chang

Dated: June 27, 2019