# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Metropolitan Life Insurance Company

                        Plaintiff,

v.                                            Case No.: 1:19–cv–01772
                                            Honorable Edmond E. Chang

Helana Tsoukalas, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Counsel for Defendants Jordyn Tsoukalas and A.T. advised he received some screen shots from non–party Prudential and will be serving a new subpoena on Prudential by 12/06/2019. If Prudential does not respond in a timely or full way, then counsel shall file an appropriate motion to compel by 01/09/2020. As stated on the record, the Court would be happy to facilitate (including phone appearances) FRCP 45(f) transfer of any motion to compel compliance with subpoenas. By 01/21/2020, the parties shall file a Deposition Scheduling Report listing the depositions that have been taken, with dates taken, and the *confirmed* dates of the remaining depositions. Any person not on that report with a confirmed date will presumptively not be deposed unless there is good cause shown (e.g., genuine surprise). Fact discovery is extended to 02/24/2020, but the parties shall schedule any deposition that is not contingent on the Prudential records by 12/18/2019, to take place by 01/21/2020. Status hearing set for 01/23/2020 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.